

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 6, 2022

**BY ECF AND EMAIL**
The Honorable Paul E. Davison
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    ***United States v. Jeremy Williams, a/k/a "Dubs," 22 Cr. 641 (    )***

Dear Judge McCarthy:

    The Government writes respectfully to request that the Court unseal the Indictment, 22 Cr. 641, and related arrest warrants for defendants JEERMY WILLIAMS, RANDY JONES, PAUL AYALA, SHAMEL WILLIAMS, and THOMAS RODRIGUEZ and in the above-referenced case, as those defendants have been arrested.

So Ordered 12/6/22

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                                  By:   /s/
                                          Jennifer N. Ong
                                          Ryan W. Allison
                                          Nicholas S. Bradley
                                          Assistant United States Attorneys
                                          Southern District of New York
                                          (914) 993-1926
                                          (914) 993-1953
                                          (212) 637-1581

cc:    All Counsel of Record (by ECF)