UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Protective Order** |
| v. | **22 Cr. 641 (PMH)** |
| Jeremy Williams, et al., | |
| *Defendants.* | |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

## Categories

1. **Disclosure Material.** The Government will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy, confidentiality and business interests of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sealed Material.** Certain of the Government's Disclosure Material, referred to herein as "Sealed Material," contains information that identifies, or could lead to the identification of, witnesses absent the protective considerations set forth herein.

3. **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the identity of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to defendants or their counsel that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material." Any material designated as APO Material shall also be deemed Sealed Material.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### Disclosure and Treatment

4. Disclosure Material shall not be disclosed by the defendants or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site such as Facebook or Twitter, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.

5. Sealed Material may be disclosed by defense counsel:

    a.  to the defendants;

    b.  to personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action;

    c.  to prospective witnesses for purposes of defending this action; and

2

      d.   in any motion before the Court if the Sealed Material is pertinent to that motion, and that motion should initially be filed under seal, absent consent of the Government or Order of the Court.

6.   APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendants, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form by the defendants, their counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein.

### Other Provisions

7.   This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions referencing sealing of certain Disclosure Material.

8.   The Government's designation of material will be controlling absent contrary order of the Court. However, the Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

9.   The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

10. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

11. Disclosure Material may not be shared with any named defendant who has not yet been apprehended in this action or any such defendant's counsel.

12. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has seized, pursuant to warrants issued during the course of the investigation, from various computers, cell phones, and other devices and storage media. This ESI was seized from accounts and mediums belonging to the defendants in the above-captioned case as well as in *United States v. Kashad Sampson, et al.*, 22 Cr. 640 (KMK). Upon consent of all counsel in both the above-captioned case and in *United States v. Kashad Sampson, et al.*, 22 Cr. 640 (KMK), the Government is authorized to disclose to defense counsel in both cases the entirety of such seized ESI, which shall be deemed Sealed Material unless otherwise designated.

4

13. This Order places no restriction on a defendant's use or disclosure of ESI or other Disclosure Material that originally belonged to the defendant.

14. Julie de Almeida, Esq., the court-appointed Coordinating Discovery Attorney ("CDA"), may disclose, make copies of, or reveal the contents of sensitive materials to defense counsel and to employees who are assisting in the preparation and dissemination of such materials, and to third party vendors she may deem necessary to retain to process the discovery she receives, all in furtherance of fulfilling her duties and obligations under this Court's December 19, 2022 Order appointing Julie de Almeida as CDA. Julie de Almeida shall serve this Protective Order upon any such attorney, employee or vendor, instructing them that they are bound by its terms, and she shall instruct such other persons that further disclosure is prohibited.

**Retention of Jurisdiction**

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____          Date:   December 20, 2022
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys


_____          Date:   _____

James Bell
Counsel for Jeremy Williams


_____          Date:   _____

Matthew Kluger
Counsel for Randy Jones


_____          Date:   _____

John Diaz
Corey Garcia
Counsel for James White


_____          Date:   _____

Jesse Siegel
Counsel for Paul Ayala

_____       Date: _____

Donna Newman
Counsel for Messiah Jackson

_____       Date: _____

Daniel Hochheiser
Counsel for Justice Jackson

_____       Date: _____

John Wallenstein
Counsel for Octavious Griffin

_____       Date: _____

Ezra Spilke
Counsel for Markell Williams

_____       Date: _____

Deveraux Cannick
Counsel for Tyrell Simon

_____       Date: _____

John Burke
Counsel for Joshua Hendrick

_____       Date: _____

Samuel Braverman
Counsel for Elijah Briggs

_____       Date: _____

Karloff Commissiong
Counsel for Shamel Williams

_____                 Date: _____

Thomas Dunn
Counsel for Thomas Rodriguez


_____                 Date: _____

Avraham Moskowitz
Counsel for Marcus Cardona


SO ORDERED:

Dated:  White Plains, New York
            January <u>19</u> , 2023

_____
THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

**Retention of Jurisdiction**

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____            Date:   December 20, 2022
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys


_____            Date:   January 17, 2023
James Bell
Counsel for Jeremy Williams


_____            Date:   _____
Matthew Kluger
Counsel for Randy Jones


_____            Date:   _____
John Diaz
Corey Garcia
Counsel for James White


_____            Date:   _____
Jesse Siegel

6

## **Retention of Jurisdiction**

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____     Date:   December 20, 2022
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys


_____     Date:   _____
James Bell
Counsel for Jeremy Williams


_____     Date: January 8, 2023
Matthew Kluger
Counsel for Randy Jones


_____     Date:   _____
John Diaz
Corey Garcia
Counsel for James White


_____     Date:   _____
Jesse Siegel
Counsel for Paul Ayala

6

## Retention of Jurisdiction

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____

Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys

Date: December 20, 2022

_____

James Bell
Counsel for Jeremy Williams

Date: _____

_____

Matthew Kluger
Counsel for Randy Jones

Date: _____

_____

John Diaz
Corey Garcia
Counsel for James White

Date: 1/17/23

_____

Jesse Siegel
Counsel for Paul Ayala

Date: _____

6

**Retention of Jurisdiction**

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____                    Date:   December 20, 2022
Jennifer N. Ong
Ryan W. Allison
Nicholas S. Bradley
Assistant United States Attorneys


_____                         Date:   _____
James Bell
Counsel for Jeremy Williams


_____                         Date:   _____
Matthew Kluger
Counsel for Randy Jones


_____                         Date:   _____
John Diaz
Corey Garcia
Counsel for James White


_____                         Date:   1/18/23
Jesse Siegel
Counsel for Paul Ayala

6

_Donna Newman_  
Donna Newman  
Counsel for Messiah Jackson

Date: _1/12/2023_

_____  
Daniel Hochheiser  
Counsel for Justice Jackson

Date: _____

_____  
John Wallenstein  
Counsel for Octavious Griffin

Date: _____

_____  
Ezra Spilke  
Counsel for Markell Williams

Date: _____

_____  
Deveraux Cannick  
Counsel for Tyrell Simon

Date: _____

_____  
John Burke  
Counsel for Joshua Hendrick

Date: _____

_____  
Samuel Braverman  
Counsel for Elijah Briggs

Date: _____

_____  
Karloff Commissiong  
Counsel for Shamel Williams

Date: _____

7

_____          Date: _____
Donna Newman
Counsel for Messiah Jackson


_____          Date: 01/05/2023
Daniel Hochheiser
Counsel for Justice Jackson


_____          Date: _____
John Wallenstein
Counsel for Octavious Griffin


_____          Date: _____
Ezra Spilke
Counsel for Markell Williams


_____          Date: _____
Deveraux Cannick
Counsel for Tyrell Simon


_____          Date: _____
John Burke
Counsel for Joshua Hendrick


_____          Date: _____
Samuel Braverman
Counsel for Elijah Briggs


_____          Date: _____
Karloff Commissiong
Counsel for Shamel Williams

_____          Date:   _____
Donna Newman
Counsel for Messiah Jackson


_____          Date:   _____
Daniel Hochheiser
Counsel for Justice Jackson


*John S. Wallenstein*
_____          Date:   _j January 10, 2023   ___
John Wallenstein
Counsel for Octavious Griffin


_____          Date:   _____
Ezra Spilke
Counsel for Markell Williams


_____          Date:   _____
Deveraux Cannick
Counsel for Tyrell Simon


_____          Date:   _____
John Burke
Counsel for Joshua Hendrick


_____          Date:   _____
Samuel Braverman
Counsel for Elijah Briggs


_____          Date:   _____
Karloff Commissiong
Counsel for Shamel Williams


7

_____        Date: _____

Donna Newman
Counsel for Messiah Jackson


_____        Date: _____

Daniel Hochheiser
Counsel for Justice Jackson


_____        Date: _____

John Wallenstein
Counsel for Octavious Griffin


*Ezra Spilke*
_____        Date: 1/10/2023

Ezra Spilke
Counsel for Markell Williams


_____        Date: _____

Deveraux Cannick
Counsel for Tyrell Simon


_____        Date: _____

John Burke
Counsel for Joshua Hendrick


_____        Date: _____

Samuel Braverman
Counsel for Elijah Briggs


_____        Date: _____

Karloff Commissiong
Counsel for Shamel Williams

_____         Date: _____
Donna Newman
Counsel for Messiah Jackson


_____         Date: _____
Daniel Hochheiser
Counsel for Justice Jackson


_____         Date: _____
John Wallenstein
Counsel for Octavious Griffin


_____         Date: _____
Ezra Spilke
Counsel for Markell Williams

_____         Date: 1/10/2023
Deveraux Cannick
Counsel for Tyrell Simon


_____         Date: _____
John Burke
Counsel for Joshua Hendrick


_____         Date: _____
Samuel Braverman
Counsel for Elijah Briggs


_____         Date: _____
Karloff Commissiong
Counsel for Shamel Williams

7

_____                     Date: _____
Donna Newman
Counsel for Messiah Jackson


_____                     Date: _____
Daniel Hochheiser
Counsel for Justice Jackson


_____                     Date: _____
John Wallenstein
Counsel for Octavious Griffin


_____                     Date: _____
Ezra Spilke
Counsel for Markell Williams


_____                     Date: _____
Deveraux Cannick
Counsel for Tyrell Simon


_____                     Date: 1/9/23
John Burke
Counsel for Joshua Hendrick


_____                     Date: _____
Samuel Braverman
Counsel for Elijah Briggs


_____                     Date: _____
Karloff Commissiong
Counsel for Shamel Williams


7

_____          Date: _____
Donna Newman
Counsel for Messiah Jackson


_____          Date: _____
Daniel Hochheiser
Counsel for Justice Jackson


_____          Date: _____
John Wallenstein
Counsel for Octavious Griffin


_____          Date: _____
Ezra Spilke
Counsel for Markell Williams


_____          Date: _____
Deveraux Cannick
Counsel for Tyrell Simon


_____          Date: _____
John Burke
Counsel for Joshua Hendrick


*s/ Sam Braverman*                        Date: *1/10/2023*
_____                 _____
Samuel Braverman
Counsel for Elijah Briggs


_____          Date: _____
Karloff Commissiong
Counsel for Shamel Williams


7

_____     Date: _____
Donna Newman
Counsel for Messiah Jackson


_____     Date: _____
Daniel Hochheiser
Counsel for Justice Jackson


_____     Date: _____
John Wallenstein
Counsel for Octavious Griffin


_____     Date: _____
Ezra Spilke
Counsel for Markell Williams


_____     Date: _____
Deveraux Cannick
Counsel for Tyrell Simon


_____     Date: _____
John Burke
Counsel for Joshua Hendrick


_____     Date: _____
Samuel Braverman
Counsel for Elijah Briggs


_____     Date:     January 18, 2023
Karloff Commissiong
Counsel for Shamel Williams


7

_____       Date: ___1/10/2023___
Thomas Dunn
Counsel for Thomas Rodriguez


_____       Date: _____
Avraham Moskowitz
Counsel for Marcus Cardona



SO ORDERED:

Dated:  White Plains, New York
        January ___, 2023


                              _____
                              THE HONORABLE PHILIP M. HALPERN
                              UNITED STATES DISTRICT JUDGE




8

_____                Date: _____
Thomas Dunn
Counsel for Thomas Rodriguez


*A. Moskowitz*                             Date: ___1/10/23___
_____
Avraham Moskowitz
Counsel for Marcus Cardona



SO ORDERED:

Dated: White Plains, New York
       January ___, 2023


                          _____
                          THE HONORABLE PHILIP M. HALPERN
                          UNITED STATES DISTRICT JUDGE


8