# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

May 23, 2023

Hon. Philip M. Helperin
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Jeremy Williams*, 22Cr641(PMH) – Application for Interim Vouchers

Dear Judge Helperin,

I represent Mr. Jeremy Williams in the above matter pursuant to the Criminal Justice Act. I write to request permission to file interim vouchers given the vast amount of discovery reviewed to date and the anticipated time required to review the discovery the Government is scheduled to produce.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
         May 23, 2023

Respectfully submitted,

_____
A James Bell, Esq.