

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

October 11, 2023

**BY ECF AND EMAIL**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Jeremy Williams, et al.*, 22 Cr. 641 (PMH)

Dear Judge Halpern:

  In light of the ongoing production and review of discovery, the Government respectfully requests, with the consent of all defendants, that the Court (1) adjourn for approximately 60 days the status conference currently scheduled for October 27, 2023, and (2) exclude time under the Speedy Trial Act until the date of the rescheduled status conference. Such an exclusion would be in the interest of justice to allow the parties time to continue producing and reviewing discovery, contemplating any motions, and discussing possible pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A).

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

                _____
                Jennifer N. Ong
                Ryan W. Allison
                Nicholas S. Bradley
                Assistant United States Attorneys
                Tel: 212-637-2224
                  914-993-1953
                  212-637-1581

---

Application granted. The status conference scheduled for 10/27/2023 is adjourned to 1/17/2024 at 9:30 a.m. The Government's application to exclude time under the Speedy Trial Act, made with the consent of all defendants, is granted; and it is hereby ORDERED that the time between 10/27/2023 and 1/17/2024 be excluded from the computation of the time period within which trial of the charges against the defendants must commence, pursuant to 18 U.S.C. 3161(h)(7)(A). The Court finds that this exclusion of time serves the ends of justice and outweighs the interest of the public and the defendants in a speedy trial

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
    October 12, 2023