UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   **SCHEDULING ORDER**
                                  :
JEREMY WILLIAMS, ET AL.,          :   7-22-cr-00641- PMH
                                  :
              Defendants.         :
------------------------------------------------------------x

The Status Conference scheduled for January 17, 2024 at 9:30 a.m. in Courtroom 520 at the White Plains Courthouse is re-scheduled to April 1, 2024 at 9:30 a.m.

It is the responsibility of the Government to have the Defendants produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 8, 2024

_____
Philip M. Halpern
United States District Judge