# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 19, 2024

**ELECTRONIC MAIL**
Hon. Paul M. Halpern, USDJ
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Jeremy Williams 22Cr641 (PMH)*

Your Honor,

    I am CJA appointed counsel for Mr. Jeremy Williams who is charged in the above referenced matter with participating in a racketeering conspiracy and other related offenses.

    With this letter, counsel seeks the Court's authorization to appoint Mr. Christopher Wright, Esq., a member in good standing with the SDNY CJA Panels, to assist counsel with the preparation of legal memoranda and otherwise prepare for trial at the prevailing CJA rate of $172 per hour.

    Counsel submits that this application will continue to fulfill counsel's obligation to provide this indigent client with effective assistance of counsel as continue to investigate the factual allegations in this matter, contemplate motions to be filed and prepare for the possibility of trial.

    Thank you in advance for any and all consideration of this application.

    Respectfully submitted,

    *A. James Bell*
    A James Bell, Esq.