# Law Office of Angus James Bell

30 Wall Street, 8ᵗʰ Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesb........@....

Application granted.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 18, 2024

...........................................................................................................024

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *USA v. Jeremy Williams*, 22Cr641(PMH) – Application for Interim Vouchers

Dear Judge Halpern,

I represent Mr. Jeremy Williams in the above matter pursuant to the Criminal Justice Act. I write to seek authorization for our paralegal, Ms. Malaika Johnson and other service providers to file interim vouchers given the vast amount of discovery reviewed to date, the anticipated time required to review the discovery the Government produced and the anticipated time required to prepare for trial.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Respectfully submitted,

/s/ AJB_____
A James Bell, Esq.