UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
                                :       **MOTION SCHEDULING**
v.                              :       **ORDER**
                                :
JEREMY WILLIAMS, et al.,        :
                                :       7:22-cr-00641-PMH
                                :
                    Defendants. :
---------------------------------------------------------------x

At today's status conference, the Court set the following briefing schedule for pretrial motions:

1. Defendants' motions, if any, shall be filed by September 23, 2024.

2. The government's opposition shall be filed by October 25, 2024.

3. Defendants' reply, if any, shall be filed by November 8, 2024.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

As discussed at the conference, to the extent appropriate, the defendants shall make a joint motion with a single notice of motion and supporting papers; and to the extent there are individualized grounds, such motions shall be filed with separate notices of motion and supporting papers.

In the event defendants agree that motion practice is unnecessary, counsel shall so advise the Court by September 23, 2024 by letter filed via ECF.

Counsel shall submit a courtesy copy of all motion papers to Chambers.

If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

Oral argument is scheduled for December 16, 2024 at 10:00 a.m.

For the reasons stated on the record at today's conference, time is excluded under the Speedy Trial Act in the interest of justice until December 16, 2024.

See transcript.

Dated:  White Plains, New York
      July 22, 2024

                SO ORDERED:

                _____

                Philip M. Halpern
                United States District Judge