UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :   **SCHEDULING ORDER**
v.                                  :
                                    :
JEREMY WILLIAMS,                    :   7:22-CR-00641-PMH
                                    :
          Defendant.                :
------------------------------------------------------------x

A Change of Plea Hearing has been scheduled for October 4, 2024 at 9:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       September 25, 2024

_____
Philip M. Halpern
United States District Judge