U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The oral argument scheduled for December 16, 2024 is hereby cancelled and a pretrial scheduling order, as well as an order excluding time under the Speedy Trial Act, will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 1, 2024

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Jeremy Williams, et al.*, 22 Cr. 641 (PMH)

Dear Judge Halpern:

On July 22, 2024, the Court issued an order that required defense motions to be filed on or before September 23, 2024, scheduled any oral argument on such motions for December 16, 2024, and excluded time under the Speedy Trial Act through and including December 16, 2024. Dkt. 178. No motions were filed by the September 23 deadline. Accordingly, the Government respectfully requests that the Court vacate the December 16 oral argument date and set a firm trial schedule, with jury selection to commence on a date convenient for the Court on or after March 24, 2025. Based on the current plea discussions with defense counsel, the Government anticipates that no more than two defendants will go to trial, and that the Government's case-in-chief will last no more than approximately ten trial days (two calendar weeks).

The Government further requests that the Court issue the attached proposed order excluding time under the Speedy Trial Act through the start of trial. Such an exclusion would be in the interest of justice to allow the parties time to prepare for trial and to discuss the possibility, if any, of pre-trial dispositions. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/_____
      Jennifer N. Ong
      Ryan W. Allison
      Margaret N. Vasu
      Assistant United States Attorneys
      Tel:  212-637-2224 / -2474 / 914-993-1926

cc:   All Counsel (via ECF)