**WL | W**
ATTOR

**299 BROAD**
**NEW YO**
**OFFICE (212) 822-1419**
wrightlawr
www.w

> Application granted. The May 6, 2025 sentencing hearing is adjourned to July 15, 2025 at 2:30 p.m. Defendant's sentencing submission is due by June 24, 2025 and the Government's response is due by July 1, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 271).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         April 7, 2025

April 4, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    **Re:**  *United States* **v.** *Jeremy Williams 22-CR-641 (PMH)*

Dear Judge Halpern:

  We represent Jeremy Williams and write today respectfully requesting an adjournment of Mr. William's sentence date currently scheduled for May 6, 2025, and a concomitant adjournment of the parties' sentencing memos. This is our first such request and it is made with the gracious consent of the government.

  We make this request as we will both be engaged in trials which will conflict with the May 6, 2025 sentence date. James Bell is starting a trial on April 7, 2025, in the matter of *United States v. Jowenky Nunez (22-CR-293 (JPO))* in the U.S District Court, SDNY which is scheduled to take 7 to 8 weeks. Christopher Wright is starting a trial on April 25, 2025, in the matter of *People of State of New York v. Lashawn Craig (IND-07607-24, J. Kitsis)* in Kings County Supreme Court which is scheduled to take 2 to 3 weeks. The additional time requested will allow defense counsels and the defendant to be present for the sentence date and to prepare our sentencing memo.

  As a consequence, we respectfully request a date for sentence after June 15, 2025, that works best for the Court.

            Sincerely,
            /s/
            Christopher Wright
            /s/
            Angus James Bell