> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 320).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        June 24, 2025

June 24, 2025

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **Re:**    *United States* **v.** *Jeremy Williams 22-CR-641 (PMH)*

Dear Judge Halpern:

    I represent Jeremy Williams and write today to respectfully requesting a one day adjournment of Mr. William's defense sentencing memo due date of June 24, 2025, until tomorrow June 25, 2025.

    I make this request as a family emergency (suddenly ill elderly-parent) has arisen today related to the ongoing heat-wave and am unable to file the final draft of the sentencing memo today, but will absolutely be able to file the sentencing memo tomorrow June 25, 2025.

    The government graciously consents to the instant request.

                                                          Sincerely,
                                                         /s/
                                                       Christopher Wright